# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MARY MASSEY, )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>) | **JUDGMENT IN A CIVIL CASE** |
| CAROLYN W. COLVIN, )<br>Acting Commissioner of Social Security, )<br>)<br>        Defendant. ) | **CASE NO. 5:13-CV-459-D** |

**Decision by the Court.**

      IT IS ORDERED AND ADJUDGED in accordance with the court's order entered on August 5, 2014, that plaintiff's motion for judgment on the pleadings is DENIED, defendant's motion for judgment on the pleadings is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED.

      THE ABOVE JUDGMENT WAS ENTERED TODAY, **August 5, 2014**, AND A COPY MAILED TO:

Lawrence Wittenberg (via CM/ECF Notice of Electronic Filing)
Leo R. Montenegro (via CM/ECF Notice of Electronic Filing)


| | |
|---|---|
| August 5, 2014 | JULIE A. RICHARDS, Clerk |
| Date | *Eastern District of North Carolina* |
| | |
| | /s/ Susan W. Tripp |
| *New Bern, North Carolina* | *(By) Deputy Clerk* |